UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANTEE W. JACOBS,<br>　　　　　Petitioner,<br>　　v.<br>TRENT ALLEN, et al.,<br>　　　　　Respondents. | Case No. 21-cv-07846-WHO (PR)<br><br>**ORDER OF TRANSFER** |

In this federal habeas action, petitioner Kantee W. Jacobs challenges convictions he received in the Los Angeles County Superior Court, which lies in the Central District. Accordingly, this action is TRANSFERRED to the Central District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b).

The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** May 26, 2022



WILLIAM H. ORRICK
United States District Judge